ANDREW Y. CHIANG
3/29/19

FILED

2019 MAR 29  PM 1:36

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Diana DRAGNEVA,<br><br>　　　　　　Defendant. | Case No. **19MJ9001**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about March 28, 2019, within the Southern District of California, defendant Diana DRAGNEVA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

　　　　　Humberto SAAVEDRA-Jardon and

　　　　　Moises Catalino VEGA-Villalva,

had come to, entered or remained in the United States in violation of law, did transport or move, or attempted to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the Statement of Facts, which is incorporated herein by reference.

_____
ARIES ALARCON
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF MARCH, 2019.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Diana DRAGNEVA

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in investigative reports by Supervisory Border Patrol Agent (SBPA) K. M. Shurtleff, that on March 28, 2019, Diana DRAGNEVA (DRAGNEVA), a non-immigrant overstay, was arrested near Calexico, California while smuggling Humberto SAAVEDRA-Jardon (SAAVEDRA) and Moises Catalino VEGA-Villalva (VEGA), two undocumented aliens, in violation of Title 8, United States Code, Section 1324.

On March 28, 2019, SBPA K. M. Shurtleff was assigned to the United States Border Patrol Checkpoint on Highway 111 near Niland, California. Highway 111 is one of the two main thoroughfares in their area of responsibility that leads directly from the United States/Mexico border to major interstates within the interior of the United States. SBPA Shurtleff was observing traffic on Frink Road near the Coachella Canal Road in his marked Border Patrol pickup truck equipped with lights and sirens.

Frink Road is located approximately one half mile south of the Highway 111 Checkpoint. Frink Road is commonly used by smugglers to circumvent the checkpoint with their illicit cargo. There have been numerous times in SBPA Shurtleff's career where he has apprehended human smuggling loads circumventing the Highway 111 Checkpoint via this route.

At approximately 5:20 p.m., SBPA Shurtleff observed a female wearing a dark colored shirt driving a black Ford Expedition (Ford) which appeared to have the front license plate falling off the front of the vehicle driving northbound on Frink Road. SBPA Shurtleff did not see any other passengers at this time. At approximately 5:30 p.m., SBPA Shurtleff observed the same vehicle with the front license plate falling off the front driving southbound on Frink Road. At approximately 5:40 p.m., SBPA Shurtleff observed the same vehicle, once again, driving northbound past his location on Frink Road.

SBPA Shurtleff noticed the driver grasping the steering wheel tightly with both hands. This type of nervous behavior is common amongst people who SBPA Shurtleff has apprehended in the past. SBPA Shurtleff assumed the driver was lost as it is very uncommon to see this type of driving pattern in this area.

SBPA Shurtleff pulled behind the vehicle and began to follow it northbound on Frink Road. As they continued northbound onto Spa Road, SBPA Shurtleff requested vehicle checks via his service radio from El Centro Sector Communications (KAK 840) on the Ford. KAK 840 relayed that the vehicle registration came back expired to a 2007 Ford Expedition registered out of Northridge, California. Through SBPA Shurtleff's training and experience, he has seen numerous alien smuggling loads apprehended circumventing the Highway 111 Checkpoint with expired registration tags.

SBPA Shurtleff continued to follow the vehicle while it made abrupt turns. While following the vehicle, SBPA Shurtleff noticed the driver continued to avoid looking at him. At the end of Mineral Spa Road, SBPA Shurtleff encountered the Ford and rolled down his

4

window and waved his left arm out the window in an attempt to get DRAGNEVA's attention. SBPA Shurtleff asked her if she was lost but she ignored him and drove right past him. DRAGNEVA avoided looking in his direction, sitting rigid in her seat with both hands grasping the steering wheel tightly, and continued southbound on Hot Mineral Spa Road. This type of nervous behavior is consistent with individuals SBPA Shurtleff has apprehended in the past who were involved in criminal activity.

SBPA Shurtleff continued to follow the vehicle into a resort. The vehicle drove up and down several roads within the resort, once again appearing lost and not from the area. As SBPA Shurtleff followed the vehicle, he saw an individual pop up and then lay back down in the rear seat area of the vehicle. It is very common for smuggled aliens to hide or conceal themselves around the presence of law enforcement in an attempt to be undetected and apprehended. SBPA Shurtleff requested assistance to perform a vehicle stop.

At approximately 5:55 p.m., SBPA Shurtleff turned on his vehicle's lights and siren and conducted a vehicle stop near the corner of Hot Mineral Spa Road and Park Drive. As the driver pulled over to the right side of the road, SBPA Shurtleff, once again, observed movement in the rear of the vehicle. SBPA Shurtleff approached the vehicle and identified himself as a BPA.

SBPA Shurtleff questioned the driver, later identified as DRAGVENA. DRAGVENA claimed to be a citizen of Bulgaria and claimed to have a valid "O" Visa. SBPA Shurtleff requested to see the visa to which she replied she did not have it in her

5

possession and that she left it at home. A non-immigrant within the United States is required to be in possession of their visa at all times.

At this time, SBPA Shurtleff saw an individual laying down in the back seat appearing to be asleep. SBPA Shurtleff asked DRAGVENA who the individual was in the back seat and she stated she had been paid $1,000 to pick them up on Old Highway 80. Old Highway 80 is close to the United States/Mexico border and is a common pickup location for illegal aliens. At this time, SBPA Shurtleff noticed a second individual laying down along the floor attempting to conceal himself from his view. SBPA Shurtleff asked DRAGVENA to roll down the window to which she complied. SBPA Shurtleff questioned both individuals, later identified as,

> Humberto SAAVEDRA-Jardon (SAAVEDRA) and
>
> Moises Catalino VEGA-Villalva (VEGA),

in the back seat as to their citizenship. Both revealed they were citizens of Mexico without valid documents to live, work, or visit the United States legally.

At approximately 6:00 p.m., BPA Ascencio and BPA Moya arrived on scene to assist. SBPA Shurtleff placed DRAGNEVA under arrest for 8 USC 1324 alien smuggling and placed VEGA and SAAVEDRA under arrest for being in the United States illegally. BPA Ascencio and BPA Moya took custody of VEGA and SAAVEDRA and transported them back to the Highway 111 Checkpoint for further interview and processing. SBPA Shurtleff transported DRAGNEVA back to the Highway 111 Checkpoint for further interview and processing.

While driving back to the checkpoint, DRAGVENA spontaneously stated that she was given three reference points, one of which was nearby. She stated that her phone lost signal, therefore she was unable to access the reference points which were on her Global Positioning System (GPS) within her cellular telephone.

DRAGNEVA was read her Miranda Rights and was willing to answer questions without a lawyer present. DRAGNEVA stated that on Monday, March 25, 2019, she responded to a Craigslist advertisement for drivers wanted in the Los Angeles area. DRAGNEVA stated the ad said that the job was to go pick up people and bring them back to Los Angeles. DRAGNEVA stated the ad said they would pay $1,000 USD per trip.

DRAGNEVA stated that on March 28, 2019, she received a text message from an unknown subject asking her if she was available to go pick up two people. DRAGNEVA stated she was available and was instructed to drive to an area near Highway 80. DRAGNEVA stated she is not familiar with that area but was using her phone as a GPS. DRAGNEVA stated she arrived to the location given to her by text message around 2:30 p.m. DRAGNEVA stated she was instructed to go to two other unknown locations along Highway 80 and to wait for further instructions. DRAGNEVA stated soon after she was instructed to go to the original address and to keep driving past the store. DRAGNEVA stated after she past the store, two unknown individuals were waiting on the side of the road. DRAGNEVA stated she stopped near them and they both got inside her vehicle without saying anything. DRAGNEVA stated they had laid down which she thought was out of the ordinary. DRAGNEVA stated she did not know they were illegally

present in the United States but she thought something was wrong with them. DRAGNEVA stated she then got instructed to go to another location and to let the smugglers know once she was there. DRAGNEVA stated once she arrived at that location, she lost cellphone service and was not able to communicate with the smugglers to get further instructions. DRAGNEVA stated she was then pulled over by Border Patrol driving around looking for cellphone service.

VEGA stated he was going to pay $5,000 to be smuggled into the United States. Both Material Witnesses, SAAVEDRA and VEGA, were separately shown a six-pack photographic line up. Both Material Witnesses were able to correctly identify the driver of the Ford as DRAGVENA.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Humberto SAAVEDRA-Jardon | Mexico |
| Moises Catalino VEGA-Villalva | Mexico |

Further, complainant states that Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.